TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00772-CV

Jerry Hoskins, Appellant

v.

Smithville Independent School District and Steven L. Tom, Appellees

FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT

NO. 22,264-A, HONORABLE H. R. TOWSLEE, JUDGE PRESIDING 

 The parties to this appeal have filed an agreed motion to dismiss the appeal. We
grant their motion and dismiss this appeal.

 
 

 Lee Yeakel, Justice

Before Justices Jones, Yeakel and Patterson

Dismissed on Agreed Motion

Filed: February 10, 1999

Do Not Publish